# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2008

137004

MICHAEL WAYNE STEARNS,
        Petitioner-Appellee,

v

PRO-TECH ENVIRONMENTAL &
CONSTRUCTION SERVICES, INC.,
        Respondent-Appellant,

and

DEPARTMENT OF LABOR AND ECONOMIC
GROWTH,
        Respondent-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 137004
COA: 270315
Montcalm CC: 05-006806-AA

On order of the Court, the application for leave to appeal the June 19, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2008

_____
Clerk

s1217